UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Jorge A. Ucan        JOINT DEBTOR:                         CASE NO.:
Last Four Digits of SS# 3632        Last Four Digits of SS#

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A. $ 508.65 for months 1 to 60 ; in order to pay the following creditors:

Administrative:  Attorney's Fee - $ 3650 + $2500 = $6150 TOTAL PAID $ 2000
       Balance Due $ 4150 payable $ 69.16/month (Months 1 to 60)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Wells Fargo Home Mortgage
Address: 4101 Wiseman Blvd #MC-T
San Antonio, TX 78251   MMM Payment  $ 385.02/month (Months 1 to 60)
Account No: XXXX3013

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | To | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None    Total Due $
       Payable $        /month (Months    to    ) Regular Payment $

Unsecured Creditors: Pay $ 3.60/month (Months 1 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Ocwen Loan Servicing, Westland Park Townhouse Association Account No: xxxx201 and Westland Park Townhouse Association Account No: xxxx202 and will continue

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

 /s/Robert Sanchez, Esq.
Attorney for the Debtor          Joint Debtor
Date: 6-23-2015            Date:

LF-31 (rev. 01/08/10)