UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  Jorge Augusto Ucan                                Case No. 15-21301-LMI
                                                          Chapter 13
<u>Debtor(s)</u>/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Attorney-Represented Debtor's Verified Ex-Parte Motion for Referral to Mortgage Modification Mediation with Wells Fargo Home Mortgage, and Notification of Intention to Select Mediator, and Order Granting Verified Ex Parte Motion for Referral to Mortgage Modification were sent to all interested parties on July 27, 2015 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtor, Jorge Augusto Ucan
5383 W 22nd Court #201
Hialeah, FL 33016-7002

Wells Fargo Bank
c/o John G. Stumpf, CEO                       Wells Fargo Home Mortgage
420 Montgomery Street                         c/o Mike Heid, CEO
San Francisco, CA 94104                       One Home Campus,
                                              Des Moines, IA 50328-0001

Wells Fargo, N.A.                             Wells Fargo Bank
Corporation Service Company, R.A.             c/o John G. Stumpf, CEO
1201 Hays Street                              P.O. Box 63750
Tallahassee, FL 32301                         San Francisco, CA 94163

                    Respectfully Submitted:

                    **ROBERT SANCHEZ, P.A.**
                    Attorney for Debtor
                    355 West 49th Street
                    Hialeah, FL 33012
                    Tel. 305-687-8008

                    By:*/s/ Robert Sanchez*_____
                     Robert Sanchez, Esq., FBN#0442161