UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                    CASE NO.: 15-21301-LMI

JORGE AUGUSTO UCAN                        CHAPTER: 13
*aka* JORGE UCAN
*aka* JORGE A UCAN
*aka* JORGE AUGUST UCAN

    Debtor.
_____/

## OBJECTION TO THE FIRST AMENDED CHAPTER 13 PLAN

Wells Fargo Bank, N.A, ("Creditor"), by and through the undersigned counsel, objects to the First Amended Chapter 13 Plan ("Plan") [DE # 16] and states as follows:

1) Creditor holds a lien on the following property: 5383 W 22nd Ct #201, Hialeah, FL 33016.
2) Creditor intends to file a timely Proof of Claim.
3) The Plan proposes to modify Creditor's loan via Loss Mitigation Mediation ("LMM").
4) Creditor's Claim is secured by the Debtor's principal residence, and Creditor objects to any modification of the terms of its mortgage loan.
5) Pursuant to 11 U.S.C. § 1322(b)(2), the terms of the original note and mortgage shall remain in full force and effect unless and until the Creditor and Debtor mutually agree to a loan modification.
6) The Plan proposes adequate protection in the amount of $385.02 per month.
7) Creditor requires adequate protection in the amount of either the contractual monthly payment due and owing or 31% of the gross monthly income as reflected on Debtor's Schedule I, which would be $487.32.
8) Creditor objects to the proposed Plan treatment.
9) Creditor's claim should be treated as fully-secured until ordered otherwise by the Court.
10) Creditor reserves the right to amend this Objection.

WHEREFORE, Creditor respectfully requests that this Honorable Court sustain the objection and deny confirmation of the Plan.

By: /s/ Amber Kourofsky, Esq.
Amber Kourofsky, Esq.
Florida Bar Number 85100
AKourofsky@Albertellilaw.com
Albertelli Law
P.O. Box 23028
Tampa, FL 33623
813-221-4743
BKFL@albertelllaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 29th day of July, 2015, I served a copy of the foregoing on the parties listed below.

**SERVICE LIST**
Jorge Augusto Ucan
5383 W 22nd Court #201
Hialeah, FL 33016-7002

Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Nancy K. Neidich
www.ch13herkert.com
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

By: /s/ Amber Kourofsky, Esq.
Amber Kourofsky, Esq.
Florida Bar Number 85100
AKourofsky@Albertellilaw.com
Albertelli Law
P.O. Box 23028
Tampa, FL 33623
813-221-4743
BKFL@albertelllaw.com