UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| IN RE: | CASE NO.: 15-21301-LMI |
| JORGE AUGUSTO UCAN<br>*aka* JORGE UCAN<br>*aka* JORGE A UCAN<br>*aka* JORGE AUGUST UCAN | CHAPTER: 13 |
|      Debtor.<br>_____/ | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

COMES NOW, **ALBERTELLI LAW,** attorneys for **Wells Fargo Bank, N.A,** and hereby enters its *Notice of Appearance* in the above-styled action. In accordance with Rule 2002 of the Bankruptcy Rules the undersigned requests notice for the following notice in this case.

- Property Address: 5383 W 22nd Ct, Hialeah, FL 33016

- Last Four Digits of Loan Number: 3013

The undersigned respectfully requests the following to be added to the Court's Mailing Matrix in according to Rule 2002(g):

> By: /s/ Amber Kourofsky, Esq.
> Amber Kourofsky, Esq.
> Florida Bar Number 85100
> AKourofsky@Albertellilaw.com
> Albertelli Law
> P.O. Box 23028
> Tampa, FL 33623
> 813-221-4743
> BKFL@albertelllaw.com

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on this 29th day of July, 2015, I served a copy of the foregoing upon:

**SERVICE LIST**

Jorge Augusto Ucan
5383 W 22nd Court #201
Hialeah, FL 33016-7002

Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Nancy K. Neidich
www.ch13herkert.com
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130


               By: /s/ Amber Kourofsky, Esq.
               Amber Kourofsky, Esq.
               Florida Bar Number 85100
               AKourofsky@Albertellilaw.com
               Albertelli Law
               P.O. Box 23028
               Tampa, FL 33623
               813-221-4743
               BKFL@albertelllaw.com