UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   Jorge Augusto Ucan                         Case No:  15-21301-LMI
                                                    Chapter 13

_____Debtor_____/

## RESPONSE TO OBJECTION TO CONFIRMATION OF AMENDED CHAPTER 13 PLAN FILED BY CREDITOR WELLS FARGO BANK, N.A,

COMES NOW, the Debtor, Jorge Augusto Ucan, by and through his undersigned counsel and files this Response to Creditor Wells Fargo Bank, N.A.'s Objection to Confirmation of the Amended Chapter 13 Plan. In support thereof, the debtor states the following:

1. Debtor filed for Chapter 13 relief on June 23, 2015.

2. Debtor is participating in this court's Mortgage Modification Mediation program ("MMM").

3. On July 27, 2015, the Court entered the Order Granting Verified Motion for Referral to Mortgage Modification (ECF # 18).

4. Debtor's schedule I reflects income of $1,015.00, which is comprised of Social Security and Food Stamp income and additionally the rental income of $557.00 for his second real estate property.

5. The rental income of $557.00 should not be counted as 31% of his gross income for the MMM since this money goes to pay his second real estate property of which he is current.

6. Thus, 31% of the Debtor's income for MMM purposes should be $385.02 which the Debtor is paying in his First Amended Plan as adequate protection.

WHEREFORE, the Debtor, prays this Honorable Court deny Wells Fargo Bank, N.A.'s Objection to Confirmation of Amended Chapter 13 Plan.

Respectfully Submitted,

**Robert Sanchez, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

                    Fax. 305-512-9701
                    E-mail: court@bankruptcyclinic.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Response to Objection to Confirmation of Amended Chapter 13 Plan was sent to all interested parties on July 29, 2015 via CM/ECF or by regular U.S. mail to:

Debtor, Jorge Augusto Ucan
5383 W 22nd Court #201
Hialeah, FL 33016-7002

Nancy N. Herkert, Trustee
POB 279806
Miramar, FL 33027

Albertelli Law
c/o Amber Kourofsky, Esq.
P.O. Box 23028
Tampa, FL 33623
BKFL@albertelllaw.com
AKourofsky@Albertellilaw.com

Wells Fargo Bank
c/o John G. Stumpf, CEO
420 Montgomery Street
San Francisco, CA 94104

                    **Robert Sanchez, P.A.**
                    Attorney for Debtor
                    355 West 49th Street
                    Hialeah, FL 33012
                    Tel. 305-687-8008
                    Fax. 305-512-9701
                    E-mail: court@bankruptcyclinic.com