# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Jorge Augusto Ucan                                  Case No. 15-21301-LMI
                                                            Chapter 13
Debtor(s)/

## DEBTOR'S NOTICE OF SELECTION OF MORTGAGE MODIFICATION MEDIATOR

Pursuant to the Mortgage Modification Mediation (MMM) procedures adopted under Administrative Order 14-03, this Notice is filed by the Debtor to notify the court on the status of the selection of mediator in the above referenced case.

☐ 1. The parties agree to and select the following Mediator:

_____
Name of Mediator
_____
COMPANY
_____
City, State, Zip Code
_____
Telephone
email:_____

☒ 2. The Lender,  __Wells Fargo Bank, N.A__ , failed to contact the Debtor within the time prescribed in the order of referral, and has therefore waived the right to participate in the mediator selection process.  The Debtor has selected the following Mediator:

Stacy H. Bressler
Law Office of Stacy Bressler
8201 Peters Road, Suite 1000
Plantation, FL 33324
954-557-5526
sbressler@aol.com

☐ 3. The parties have conferred but are unable to agree upon the selection of a mediator, and Debtor requests that the clerk select a mediator from the clerk's Mediation Register.

## CERTIFICATE OF SERVICE

MMM-LF-11(08/01/14)

I HEREBY CERTIFY that a true and correct copy of the Notice of Selection of Mortgage Modification Mediator was served by U.S. first class mail upon the parties listed below on   August 17, 2015.

        ROBERT SANCHEZ, P.A.
        Attorney for Debtor(s)
        355 West 49th Street
        Hialeah, FL 33012
        Tel. 305-687-8008
        By:/s/ Robert Sanchez
        Robert Sanchez, Esq., FBN#0442161
        court@bankruptcyclinic.com

Copies to:
[Debtor] Jorge Augusto Ucan, 5383 W 22nd Court #201, Hialeah, FL 33016-7002
Lender Wells Fargo Bank, c/o John G. Stumpf, CEO, 420 Montgomery, San Francisco, CA 94104
Wells Fargo, N.A., Corporation Service Company, R.A., 1201 Hays Street, Tallahassee, FL 32301
Wells Fargo Home Mortgage, c/o Mike Heid, CEO, One Home Campus, Des Moines, IA 50328-0001
Wells Fargo Bank, c/o John G. Stumpf, CEO, P.O. Box 63750, San Francisco, CA 94163
[Attorney for Lender] Amber Kourofsky, Esq., AKourofsky@Albertlilaw.com, Albertelli Law, P.O. Box 23028, Tampa, FL 33623
Stacy H. Bressler, sbressler@aol.com

MMM-LF-11(08/01/14)