# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

IN RE:  CASE NO.: 15-21301-LMI
CHAPTER 13

**Jorge Augusto Ucan**
*aka* **Jorge Ucan**
*aka* **Jorge A Ucan**
*aka* **Jorge August Ucan,**

    **Debtor.**

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of Ocwen Loan Servicing, LLC, as servicer for WELLS FARGO BANK, N.A., AS TRUSTEE for IMPAC SECURED ASSETS CORP., MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-2 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Nirvani D. Singh, Esq.**
**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
**6409 CONGRESS AVE., SUITE 100**
**BOCA RATON, FL 33487**

**I HEREBY CERTIFY** that on August 17, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:




Jorge Augusto Ucan
5383 W 22nd Court #201
Hialeah, FL 33016-7002

Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Nancy K. Neidich
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 S.W. 1st Ave. Suite 1204
Miami, FL 33130

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969

By: /s/ Nirvani D. Singh
Nirvani D. Singh, Esquire
Florida Bar Number 105571
Email: nsingh@rasflaw.com

15-034930 - ThW