UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:　　　　　　　　　　　　　　　　　　Case No.  15-21301-BKC-LMI

Jorge Augusto Ucan,　　　　　　　　　　　Chapter    13

_____Debtor_____/

### FINAL REPORT OF MORTGAGE MODIFICATION MEDIATOR

The undersigned court-appointed mortgage modification mediator, reports to the Court as follows:

**A.**　　The final Mortgage Modification Mediation ("MMM") conference was conducted on November 19, 2015 and the following parties were present:

　　1.  [X] The Debtor Jorge Ucan and the Debtor's attorney Jose Blanco.
　　2.  [ ] The co-obligor/co-borrower/or other third party.
　　3.  [X] The Lender's representative Rolando Nandin and Lender's attorney Brad Hissing.
　　4.  [ ] Other:

**B.**　　The final MMM conference was scheduled for _____, 2015, but not conducted for the following reason:

　　1.  [ ] The parties settled prior to attending.
　　2.  [ ] The case was dismissed.
　　3.  [ ] The Debtor or [ ]  Debtor's attorney failed to attend.
　　4.  [ ] The Lender's representative or [ ]  Lender's attorney failed to attend.
　　5.  [ ] Other:

**C.**　　The result of the MMM conference is as follows:

　　1.  [X] The parties reached an agreement.
　　2.  [ ] The parties did not reach an agreement.

　　Dated: November 20, 2015

　　　　　　　　　　　　　　　　　　/s/:Stacy H. Bressler_____
　　　　　　　　　　　　　　　　　　Stacy H. Bressler, Esq.
　　　　　　　　　　　　　　　　　　8201 Peters Road, Suite 1000
　　　　　　　　　　　　　　　　　　Plantation, FL 33324
　　　　　　　　　　　　　　　　　　Telephone: (954) 557-5526
　　　　　　　　　　　　　　　　　　email: sbressler@aol.com

Copies to:
all parties to mediation