**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:                                                    CASE NO.: 15-21301-LMI
**Jorge Augusto Ucan**                      CHAPTER: 13
*aka* **Jorge Ucan**
*aka* **Jorge A Ucan**
*aka* **Jorge August Ucan**

     **Debtor.**
_____/

**EX PARTE MOTION FOR SUBSTITUTION OF COUNSEL**

The undersigned, pursuant to Local Rule 2091-1, hereby moves to be substituted as counsel of record for **Wells Fargo Bank, N.A** ("Movant") in this action in place of Amber Kourofsky, Esq., and states:

1. The Law Offices of Albertelli Law was previously engaged to assume legal representation of the Client in this action.

2. On or about July 29, 2015, Amber Kourofsky, Esq. filed a Notice of Appearance and Request for Service [**DE 21**] on behalf of the Client, Wells Fargo Bank, N.A.

3. As of the date of filing this Motion, Amber Kourofsky, Esq. is no longer employed with the Law Offices of Albertelli Law.

4. The requested substitution will further the interests of justice and will not prejudice any party.

WHEREFORE, undersigned counsel requests an order granting its substitution as counsel of record for the Client Wells Fargo Bank, N.A in this action in place of Amber Kourofsky, Esq. and requests that the Clerk of court add the name and address of the undersigned to the matrix of creditors prepared in connection with the case.

/s/    *Jeffrey S. Fraser, Esq.*
Jeff Fraser, Esq.
FBN 0085894
813-221-4743 ext. 2499

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa FL 33623
Facsimilie: 813-221-9171
bkfl@albertellilaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was provided via electronic and/or regular U.S. Mail to the parties on the attached service list, this 10 day of December, 2015.

**SERVICE LIST**

Jorge Ucan
5383 W 22nd Court #201
Hialeah, FL  33016-7002

Robert Sanchez
355 W 49 St.
Hialeah, FL 33012

Nancy Neidich
POB 279806
Miramar, FL  33027

/s/___*Jeffrey S. Fraser, Esq.*_____
Jeff Fraser, Esq.
FBN 0085894
813-221-4743 ext. 2499

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa FL 33623
Facsimilie: 813-221-9171
bkfl@albertellilaw.com

2