

Date: **October 30, 2015**

Loan Number:      __ __  **0974**
Client: **JORGE UCAN**

**ALBERTELLI LAW**
**JAMES E ALBERTELLI**
**PA**
**PO BOX 23382**        Property Address:
**TAMPA, FL 33623**      **5383 W 22ND CT**
                         **HIALEAH, FL 33016**

Subject: Urgent-Please forward enclosed documents to borrower(s) or their attorney.

Dear **JAMES E ALBERTELLI PA**:

I've enclosed a copy of important documents for the above borrower(s) in mediation. These documents provide the borrower(s) with time sensitive information about a home preservation review. Please forward the enclosed documents to the borrower or borrower's attorney as soon as possible.

Thank you for your prompt attention to this matter. If you have any questions, please call me at the number listed below.

Sincerely,

**Matthew Heilman**

Home Preservation Specialist
855-329-6227 Ext. 3240
Wells Fargo Home Mortgage

Enclosure(s)

Wells Fargo Home Mortgage is a division of Wells Fargo Bank N.A. ©2014 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801 2/14

**Mediation Attorney Cover Letter**

Page 1 of 1

Letter ID: ME002
26809MU 02/14

0 9 7 4 *

# HELPING YOU STAY IN YOUR HOME.



MAKING HOME AFFORDABLE

 

Loan No.:        :0974

October 30, 2015

JORGE UCAN
5383 W 22ND CT
HIALEAH, FL 33016

Subject: Important information about your HAMP trial period

Dear JORGE UCAN:

**You have qualified for HAMP, and will enter a "trial period"**
Before your loan can be modified, you will need to successfully complete
the trial period plan by making all trial payments on the dates they're due
and meeting all other requirements. The Trial Period Plan Notice explains
how the trial period works, and what your new trial payment amount will
be. This amount will temporarily replace your current mortgage payment
during the trial period. To accept the terms of the Trial Period Plan, all you
need to do is send us your first trial payment by the specified due date. It is
important that you work to provide the necessary payments very quickly so
a modification can be completed before foreclosure proceedings have
progressed too far.

Please note: As a result of your bankruptcy case, this letter is not an
attempt to collect a debt from you or in any way violate any provision of the
United States Bankruptcy Code. This letter has been sent to you for
informational purposes only. This is not a bill or a request for payment, or
a statement that you are personally obligated in any way to make a
payment. Your decision to discuss workout options with **Wells Fargo
Home Mortgage** is strictly voluntary. You are not obligated to pursue
any workout options discussed with us. At your request, we will
immediately terminate any such discussions should you no longer wish to
pursue these options.

**If you don't comply with trial period terms,** we will send you a Non-
Approval notice. Examples of not meeting the terms of the Trial Period
Plan include not making your payments on time, or not sending us the
required documents.

**We have other options that may help you avoid foreclosure**
If you cannot afford to make your trial payments, or if you decide to leave
your home, please contact us as soon as possible to explore other ways to
avoid a foreclosure.

**Get help if you have questions**
We want to help you if we can. If you have any questions about the
foreclosure process or your HAMP trial period, please call the phone
number below.

If you have questions about the legal consequences of foreclosure, please

**Requirements to avoid foreclosure
during the HAMP Trial Period**

**During the HAMP trial period:**

If your payments are not received by 30 days
after the payment due dates specified, collection
activity and/or foreclosure proceedings may
resume and you may see steps being taken in
foreclosure proceedings or receive notices from
a third-party attorney

**Failure to qualify for HAMP or comply
with the requirements of the HAMP
evaluation or Trial Period will result in a
HAMP non-approval.**

Trial FCL Information

Page 1 of 2

92317MU 04/12 Rev. 11/13 Rev. 12/13

*

0 9 7 4 *

contact an attorney or housing counselor for assistance. You can also call the Homeowner's HOPE™ Hotline at 1-888-995-HOPE (4673). They offer free HUD-certified counseling services in English and Spanish, and can help answer any questions you have.

Sincerely,

## Matthew Heilman

**Home Preservation Specialist**
**855-329-6227 Ext. 3240**
**Wells Fargo Home Mortgage**

We may report information about your account to credit reporting agencies. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

## HELPING YOU STAY IN YOUR HOME.



MAKING HOME AFFORDABLE



**You may be able to make your payments more affordable
Call 855-329-6227 Ext. 3240 for immediate assistance**

October 30, 2015
JORGE UCAN
5383 W 22ND CT
HIALEAH, FL 33016

Loan No.:        0974

PLEASE NOTE: This notice is being provided for informational purposes only. As a result of at least one bankruptcy case filing that included the above referenced account, Wells Fargo Home Mortgage is NOT attempting in any way to violate any provision of the United States Bankruptcy Code or to collect a debt (deficiency or otherwise) from any customer(s) who is impacted by an active bankruptcy case or has received a discharge, where the account was not otherwise reaffirmed or excepted from discharge. THIS IS NOT A BILL OR A REQUEST FOR PAYMENT AS TO THESE CUSTOMER(S). Your decision to discuss workout options with Wells Fargo Home Mortgage is strictly voluntary. You are not obligated to pursue any workout options discussed with us. At your request, we will immediately terminate any such discussions should you no longer wish to pursue these options.

Dear JORGE UCAN,

**Congratulations!** You are approved to enter into a Trial Period Plan under the federal government's Home Affordable Modification Program (HAMP). This is the first step toward qualifying for more affordable mortgage payments. Please read this letter so that you understand all the steps you need to take to modify your mortgage payments.

Please be advised that because you are in mediation or court ordered modification review there may be different deadlines than what is referenced in this document. Please contact me to learn about the state specific timelines.

**Important things to know**
If you are currently in a HAMP modification that is in good standing (which means you have not missed the equivalent of three full monthly payments as of the last day of any month), we want to make you aware of some important information regarding your current HAMP terms. If you accept a new offer, by making the first trial period payment or signing and returning the modification documents (for a modification that does not require a trial period), the following will apply:

- You will waive any HAMP pay-for-performance incentives that have yet to be funded.
- If the terms of your first lien HAMP modification include Principal Reduction Alternative (PRA), you will no longer be eligible for forgiveness but rather the PRA balance will remain as a non-interest bearing deferred principal balance. Subsequent modification terms may also alter the non-interest bearing deferred principal balance.
- If you are in a Second Lien Modification (2MP), by accepting new terms under your first lien mortgage you may lose 2MP incentives yet to be funded.
- If you are in a 2MP trial, by accepting new terms under your first lien mortgage you may become ineligible for 2MP.

It's important that you understand this change before making a decision. If you decide not to accept the new offer you will not lose the above named terms on your HAMP modification and any supporting 2MP. Please call us at the number provided if you do not wish to accept the offer or have any questions.

## What you need to do

To accept this offer, please call us at the phone number listed on this letter no later than 15 calendar days from the date listed at the top of this letter or please send in your new payment by the due date, as listed below, instead of your normal monthly mortgage payment.

Principal and interest amount: **$432.44**
Escrowed property taxes amount: **$42.06**
Escrowed shortage amount: **$2.10**
Total Trial Period Plan payment amount: **$476.60**

| | | | |
|---|---|---|---|
| 1st payment: | **$476.60** | Due by: | **December 1, 2015** |
| 2nd payment: | **$476.60** | Due by: | **January 1, 2016** |
| 3rd payment: | **$476.60** | Due by: | **February 1, 2016** |

For more information on escrow accounts, please see the Frequently Asked Question Section below.

Property value used to make this decision: **$115,000.00**
Total income used to make this decision: **$1,842.00**

Please note that your trial period may extend beyond the dates provided. For that reason, continue making your trial period payments in the same amount by the same day of each month you currently make your trial period payments until your home preservation specialist advises that you may move forward with a final modification or that you are no longer eligible for HAMP.

Some reasons for the extension could be tied to other liens you have on your property that may be required to be cleared prior to final approval of your modification. For example, we may need to receive a subordination agreement* from the other lenders so that we can maintain our lien position; or if you have a judgment placed on your property you may be required to pay off the lien. Your mortgage may only be modified after we determine all your trial period payments were made on time and you submitted all the required documents, including any title clearance requirements, as described above. If you fail to provide a subordination agreement from another lender or fail to pay off a judgment lien as required, your modification may be denied even if you pay the trial period payments. Also, if you do not make all trial period payments as outlined above, including if your trial period payments were extended will result in your Trial Period Plan being denied.

The trial payment amounts above include principal, interest, and escrow amounts. You do not currently have an escrow account for both your real estate taxes and property insurance premiums so Wells Fargo Home Mortgage will establish one on your behalf. When you make your mortgage payment, we deposit a portion of it into your escrow account to cover the costs of your real estate taxes and property insurance. Then, when your real estate taxes and property insurance premiums are due, we withdraw funds to pay those bills in full and on time for you. That way, you don't have to worry about budgeting or making those payments separately.

After all trial period payments are timely made and you have submitted all the required documents, your mortgage may be modified. However, if you are in active bankruptcy any conversion to a modification is conditioned on obtaining the bankruptcy court's approval to modify the mortgage or release of the mortgage from inclusion in the bankruptcy. (Your existing loan and loan requirements remain in effect and unchanged during the trial period). **If each payment is not received by Wells Fargo Home Mortgage in the month in which it is due, this offer will end and your loan will not be modified under the terms described in this offer.**

As part of the review, Wells Fargo Home Mortgage used a process to determine which option best matched your circumstances. Once we reviewed and approved you for this program, we stopped reviewing you for other options that were considered less of a match to your circumstances.

## You have the right to appeal this decision

Carefully read over this letter, which states Wells Fargo Home Mortgage decision. If you believe the decision is incorrect and want to appeal the decision, you may submit your appeal request in writing or by phone.

If you choose to submit your appeal request in writing, we have enclosed an Appeal Request Form for your convenience. Or you can write a letter of your own that explains the reason you disagree with the decision.

**You can initiate an appeal in one of three ways:**
1. Fax your appeal request to 1-866-590-8910.

2. Mail your appeal request to:

Wells Fargo Home Mortgage
1000 Blue Gentian Road,
Suite 300 MAC X9999-01N
Eagan, MN 55121

3. Call 1-877-816-4914 and follow the prompts

If you choose to submit your appeal request in writing, by fax or mail – using the enclosed form or a letter of your own – please specify which of these two options applies to you.

Option A. I want to appeal the decision I received. I have enclosed additional information for your consideration, and/or I have no further information to provide. I understand Wells Fargo Home Mortgage will review the decision immediately based on the additional information I have provided (if applicable), or on the information they currently have.

Option B. I will be appealing the decision I received. I will submit additional information for your consideration at a later time. I understand that if Wells Fargo Home Mortgage does not receive my additional information by November 13, 2015, Wells Fargo Home Mortgage will immediately move forward with a review of the decision.

**Appeal request guidelines:**
- If you do not specify your intention for providing additional information, by selecting one of the two options above, we will follow the process described in Option B.
- If you are disputing the value of your property used in the decision, you must indicate the specific value you believe is more accurate.
- We must receive your appeal request, with any additional information (as applicable) by November 13, 2015.
- After an appeal is initiated, if you selected Option B and we do not receive your additional information by November 13, 2015, we will review the decision based on the information we have at that time
- You may have recently received a separate communication regarding another review we completed. Our decision regarding that review may also be appealable, subject to the timelines and guidelines here.
- Be sure to include your loan number on your appeal request and any additional information.
- If you choose to initiate your request by phone, make sure to have your loan number available and follow the phone prompts carefully.

Please note: After we receive your appeal request, you will receive a letter that confirms receipt of your request and outlines next steps in the appeal process. As your home preservation specialist, I remain available to assist you with any questions you may have about this letter, but you must initiate an appeal request in one of the ways listed above.

**Talk to me about your other options**
There may be other options available to help you avoid a foreclosure sale, provided you meet the requirements.

If the amount you owe on your mortgage is higher than what you think you can sell your house for, you may want to consider what is known as a "short sale." This option could allow you to list your home for sale, for an amount that is less than you owe.

During the short sale process, you'll need to submit documentation to us that we will evaluate. For example, a short sale requires a purchase contract. Once we receive a purchase contract Wells Fargo Home Mortgage will review the terms of the contract and obtain the appraised value of the property.

If you are interested in a short sale, contact me right away. I can help explain the short sale process, guidelines and your eligibility.

If you are unable to sell your home or find a short sale is not the right alternative to foreclosure for you, another option to consider might be a deed in lieu of foreclosure, sometimes referred to as a Mortgage Release. If you are interested in a deed in lieu of foreclosure, please contact me right away so we can determine your eligibility and coordinate an appraisal and inspection of your property.

Keep in mind, if you accept a deed in lieu of foreclosure, you must agree to vacate the property within an agreed upon time.

If you have any questions or if you cannot afford the trial period payments shown above please call us at 855-329-6227 Ext. 3240. (For more information, please review the attached "Frequently Asked Questions").

Sincerely,

## Matthew Heilman

Home Preservation Specialist
855-329-6227 Ext. 3240
Wells Fargo Home Mortgage

**Get free counseling to help manage expenses and avoid foreclosure.** Reach out to a local HUD-approved, non-profit housing counseling agency if you're struggling to keep up with monthly expenses, or want help to avoid foreclosure. At no cost, a counselor will work closely with you, providing the information and assistance you need. To find an agency near you, go to www.hud.gov/offices/hsg/sfh/hcc/fc. Or call 1-800-569-4287 (TDD 1-800-877-8339). You can also call HOPE Hotline at 1-888-995-HOPE (4673).

Be sure you avoid anyone who asks for a fee for counseling or a loan modification, or asks you to sign over the deed to your home, or to make your mortgage payments to anyone other than Wells Fargo Home Mortgage.

*A subordination agreement is a legal document put in place when a home has two liens, and determines which lien takes priority over the other. The benefit of being in the first lien position is that it prioritizes the loan for repayment in the event the homebuyer goes into default. This agreement is typically put into effect when a homeowner tries to refinance or modify their first mortgage. When a homeowner chooses to refinance or modify the first mortgage, the second mortgage automatically moves up to the first mortgage position – upsetting the original order. In order for the refinance or modification to be finalized, the lender of the second mortgage must agree to subordinate their lien on the new mortgage.

Attachments: (1) Frequently Asked Questions; (2) Additional Trial Period Plan Information and Legal Notices; (3) Trial Period Plan Notice Payment coupons (4) Appeal Request Form

Wells Fargo Home Mortgage is a division of Wells Fargo Bank N.A. ©2015 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801

The *Making Home Affordable Program* was created to help millions of homeowners refinance or modify their mortgages. As part of this program, we -- your mortgage servicer -- and the Federal Government are working to offer you options to help you stay in your home.

**FREQUENTLY ASKED QUESTIONS**    Get the answers you need to some of the most common questions.

**Q. What else should I know about this offer?**

- To accept this offer you must call no later than 15 days from the date listed at the top of this letter or send in your new payment by the due date, as listed above, instead of your normal monthly mortgage payment.
- You will not be charged any fees for this Trial Period Plan or a modification.
- If your loan is modified, we will waive all unpaid late charges.
- Your credit score may be adversely affected by accepting a Trial Period Plan. The impact of a modification on a credit score depends on the homeowner's entire credit profile. When you become past due on your mortgage payments, it's important to understand that the actions you take to correct the situation can affect your credit score. If you choose a loan modification, your credit score could be negatively impacted during the Trial Period Plan, but it may not be as impacted as an ongoing series of late payments or foreclosure. During that process, we are required to continue to report the delinquency status of your loan to the credit reporting agencies as "paying under a partial or modified payment agreement". When you are approved for a loan modification, the modification process is complete and is recorded on your credit report as "loan modified" as long as you make your modified payments on time. Keep in mind that the degree of impact to your credit score depends on your overall credit circumstances and is different for each individual. If your loan is involved in or has been released from the bankruptcy case, we would follow all state and federal requirements for credit reporting. For more information about your credit score, go to http://www.ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm.
- You may be required to attend credit counseling.

**Q. Why is there a trial period?**
The trial period offers you immediate payment relief and gives you time to make sure you can manage the lower monthly mortgage payment. The trial period is temporary, and your existing loan and loan requirements remain in effect and unchanged during the trial period.

**Q. How was my new payment in the trial period determined?**
Your trial period payment is approximately 31% of your total monthly gross income, which we determined to be **$1,842.00** based on the income documentation you provided. If the loan is successfully modified, your new payment will also be based on 31% of your gross income. In addition, if your existing payment includes mortgage insurance premiums, this amount will also be added to your payment. If we were able to modify your loan today, we estimate your modified interest rate would be **2.000%**. Your final modified interest rate may be different.

**Q. Will my modified payment ever change?**
The principal and interest portion of your fixed-rate monthly payment will not change. However, your monthly escrow amount will remain the same throughout the trial, then change at least annually, through the life of your loan. This is because your real estate taxes and property insurance premiums may increase or decrease, or you may decide to change your insurance coverage.

**Q. Why does my escrow account have an escrow shortage?**
Because of the timing of your real estate tax and property insurance bills, we may be required to pay one of these bills before you have accumulated sufficient funds in your escrow account to cover the full amount. This is known as an escrow shortage. Your loan has an escrow shortage of $ **126.00**.

**Q. I don't have an escrow account for both my real estate taxes and property insurance premiums. When will these expenses be paid?**
Upon receiving your first trial period payment we will start withdrawing funds to pay those bills in full and on time for you.

**Q. When will I know if my loan can be modified and how will the modified loan balance be determined?**

Once you make all of your trial period payments on time, we will send you a modification agreement detailing the terms of the modified loan. Any difference between the amount of the trial period payments and your regular mortgage payments will be added to the balance of your loan along with any other past due amounts as permitted by your loan documents. While this will increase the total amount that you owe, it should not significantly change the amount of your modified mortgage payment as that is determined based on your total monthly gross income, not your loan balance.

**Q. Are there incentives that I may qualify for if I am current with my new payments?**

Once your loan is modified, you may earn a pay-for-performance incentive for every month that you make on-time payments beginning with the Trial Period Plan payments. Depending on your modified monthly payment, you may accrue up to $1,000 each year for the first five years. This incentive will be applied to your mortgage loan each year beginning with the anniversary date of your first Trial Period Plan payment due date.

You can earn another pay-for-performance incentive of $5,000 after six years under HAMP. In order to be eligible for this $5,000 pay-for-performance incentive, you must be in good standing.

By remaining in good standing throughout the first six years under HAMP, you could earn up to $10,000 in total incentive amounts that will be applied to your balance. You will lose these benefits if your modified loan loses good standing, which means that the equivalent of three full monthly payments are due and unpaid on the last day of any month, at any time during this six year period, or your loan has been paid in full as of the sixth anniversary of your HAMP Trial Period Plan. If you lose this benefit, you will lose all accrued, unapplied incentive payments.

Note: If any incentive payment exceeds your total outstanding mortgage debt, the remaining amount of the incentive will be paid directly to you.

In addition, once your loan is modified, you may be eligible to have some of your principal forgiven on a deferred basis. So long as your modified loan remains in good standing, we may forgive a portion of the principal balance of your loan each year on the anniversary of your first trial period payment date for three years. You will lose this benefit if your modified loan loses good standing at any time during this three year period, including all accrued and unapplied amounts. Any principal forgiveness will be reported to the Internal Revenue Service and may have tax consequences. Therefore, you are advised to seek guidance from a tax professional. Please contact us at **855-329-6227 Ext. 3240** if you do not want principal forgiveness, we may have other modification options for you.

**Q. Will my interest rate and principal and interest payment be fixed after my loan is modified?**

Once your loan is modified, your interest rate and monthly principal and interest payment will be fixed for the life of your mortgage **unless** your initial modified interest rate is below current market interest rates. In that case, the below market interest rate will be fixed for five years. At the end of the fifth year, your interest rate may increase by 1% per year until it reaches a cap. The cap will equal the market rate of interest being charged by mortgage lenders on the day your modification agreement is prepared (the Freddie Mac Primary Mortgage Market Survey® rate for 30-year fixed-rate conforming mortgages). Once your interest rate reaches the cap, it will be fixed for the remaining life of your loan.

**Q. If I accept this Trial Period Plan or modification, will my existing mortgage terms be impacted?**

Yes, if you proceed with a new Trial Period Plan or modification your existing terms may be impacted. These impacted terms could include, but are not limited to, your interest rate, payment amount, maturity date, and any principal forgiveness offered. Please contact us if you have any questions regarding possible impacts to your existing modification terms.

**Q. What if I have other questions about the Home Affordable Modification Program that cannot be answered by my mortgage servicer?**

Call the Homeowner's HOPE™ Hotline at **1-888-995-HOPE (4673).** This Hotline can help with questions about the program and offers access to free HUD-certified counseling services in English and Spanish.

**Q. What if I am aware of fraud, waste, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program?**

Please contact SIGTARP at 1.877.SIG.2009 (toll-free), 202.622.4559 (fax) or www.sigtarp.gov and provide them with your name, our name as your servicer, your property address, loan number and reason for escalation. Mail can be sent to: Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L Street NW, Washington, DC 20220.



**IMPORTANT PROGRAM INFO**    Here's additional information you need to know about the Home Affordable Modification Program.

## Additional Trial Period Plan Information and Legal Notices

The terms of your Trial Period Plan below are effective on the day you make your first trial period payment, provided you have paid it on or before **December 1, 2015**. You and we agree that:

**We will not proceed to the foreclosure sale during the trial period, provided you are complying with the terms of the Trial Period Plan:**

- The servicer will hold the trial period payments in an account until sufficient funds are in the account to pay your oldest delinquent monthly payment. You also agree that the servicer will not pay your interest on the amounts held in the account. If any money is left in this account at the end of the Trial Period Plan, those funds will be deducted from amounts that would otherwise be added to your modified principal balance.

**Upon acceptance of the offer, you are now required to establish an escrow account for real estate taxes and property insurance premiums.**

**Your current loan documents remain in effect; however, you may make the trial period payment instead of the payment required under your loan documents:**

- You agree that all terms and provisions of your current mortgage note and mortgage security instrument remain in full force and effect and you will comply with those terms; and that nothing in the Trial Period Plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the loan documents.



# Appeal Request Form

Carefully read over the letter that came with this form, which states Wells Fargo Home Mortgage's decision. If you believe our decision is incorrect and want to appeal the decision, we recommend you use this form to submit a written appeal.

**Important:**

- We must receive your written request for an appeal or a phone-initiated appeal request by **November 13, 2015,** or we will not move forward with a review of the decision. While not required, please provide any additional information (as applicable) that will help us look into your request.

Please explain the reason you disagree with the decision.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**Select and check the box that best applies to your request:**

[ ] **Option A.** I want to appeal the decision I received. I have enclosed additional information for your consideration, and/or I have no further information to provide. I understand Wells Fargo Home Mortgage will review the decision immediately based on the additional information I have provided (if applicable), or on the information they currently have.

[ ] **Option B.** I will be appealing the decision I received. I will submit additional information for your consideration at a later time. I understand that if Wells Fargo Home Mortgage does not receive my additional information by **November 13, 2015,** Wells Fargo Home Mortgage will immediately move forward with a review of the decision.

**Please note:** If you do not specify your intention for providing additional information by selecting one of these two options above, Wells Fargo Home Mortgage will follow the process described in Option B.

Be sure to include your loan number on any supporting documents.

JORGE UCAN
Loan number: 0483320974
Primary contact phone number: _____
Other contact phone numbers: _____

_____

Best day and time to call: _____

## Mail your appeal request to:

Wells Fargo Home Mortgage
1000 Blue Gentian Road
Suite 300 MAC X9999-01N
Eagan, MN 55121

## Or fax your appeal request to:

1-866-590-8910

Wells Fargo Home Mortgage is a division of Wells Fargo Bank N.A. ©2015 Wells Fargo Bank N.A. All rights reserved. NMLSR ID 399801

**JORGE UCAN**
**5383 W 22ND CT**
**HIALEAH, FL  33016**

**Loan Number:**        0974

**Payment Amount Due: $476.60**
**Payment Due Date: December 1, 2015**

Wells Fargo Home Mortgage
Suite L-2-200
1200 West 7th Street
Los Angeles, CA  90017

---

**JORGE UCAN**
**5383 W 22ND CT**
**HIALEAH, FL  33016**

**Loan Number:**        0974

**Payment Amount Due: $476.60**
**Payment Due Date: January 1, 2016**

Wells Fargo Home Mortgage
Suite L-2-200
1200 West 7th Street
Los Angeles, CA  90017

---

**JORGE UCAN**
**5383 W 22ND CT**
**HIALEAH, FL  33016**

**Loan Number:**        0974

**Payment Amount Due: $476.60**
**Payment Due Date: February 1, 2016**

Wells Fargo Home Mortgage
Suite L-2-200
1200 West 7th Street
Los Angeles, CA  90017

PO Box 660276
Dallas TX  75266-0276

WF phyments In FL

91.58