

ORDERED in the Southern District of Florida on December 15, 2015.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re: Jorge Augusto Ucan                                    Case No. 15-21301-LMI
                                                             Chapter 13
_____Debtor_____/

### ORDER SUSTAINING OBJECTION TO CLAIM OF OCWEN LOAN SERVICING, LLC #4

**THIS MATTER** having come to be heard on negative notice, no parties having responded within the required time frame which expired on November 24, 2015, the Court being fully advised on the premises, IT IS;

**ORDERED AND ADJUDGED:**

1. The Objection to Claim of Ocwen Loan Servicing, LLC Claim 4 is SUSTAINED.

2. The claim of Claim of Ocwen Loan Servicing, LLC Claim 4 is allowed as filed with no distribution from the Chapter 13 Trustee.

# # #

The Law Office of Robert Sanchez, P.A., is hereby directed to mail a conformed copy of this order to all affected parties and file a certificate of service.