UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re: Jorge Augusto Ucan                                  Case No. 15-21301-LMI
                                                           Chapter 13

_____Debtor_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, by and through his undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On June 23, 2015 the instant case was filed.

2. On September 4, 2015 debtor's First Amended Chapter 13 plan was confirmed.

3. In debtors' confirmed plan, the debtor was participating in the court's MMM program and an agreement on a trial was reached.

4. On December 14, 2015, the court entered an Order Granting Motion to Approve Loss Mitigation/Mortgage Modification Agreement with Lender.

5. Debtor desires to modify his plan in order to provide for the trial payment to the lender.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtors' First Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District

Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

    Respectfully Submitted:

    **ROBERT SANCHEZ, P.A.**

    Attorney for Debtors
    355 W 49th Street
    Hialeah, FL 33012
    Tel. 305-687-8008

    By:*/s/ Robert Sanchez*_____
        Robert Sanchez, Esq., FBN#0442161