**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re: Jorge Augusto Ucan　　　　　　　　　Case Number: 15-21301-LMI
　　　　　　　　　　　　　　　　　　　　　　Chapter 13

　　　Debtor
_____/

## DEBTOR'S OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE FILED ON MARCH 10, 2016 BY WELLS FARGO HOME MORTGAGE

COMES NOW the Debtor, Jorge Augusto Ucan, by and through their undersigned counsel, and files this Objection to Notice of Mortgage Payment Change filed on March 10, 2016 by Wells Fargo Home Mortgage / Wells Fargo, N.A. and in support thereof states:

1. The instant case was filed under Chapter 13 on June 23, 2015.

2. The First Amended Plan was confirmed on September 4, 2015.

3. Debtor was participating in the court's MMM procedures and was granted a final modification with Wells Fargo Bank, N.A. ("Creditor") on or about February 1, 2016.

4. The Debtor is currently paying the Creditor through the Plan.

5. The Debtor is now traveling under a First Modified Plan that was modified in order to provide for the final modification new payment amount of $476.60.

6. On or about March 10, 2016, Creditor filed a Notice of Mortgage Payment Change requiring new payment of $1,109.89 or an increase of 133%.

7. The Notice of Mortgage Payment Change indicates a $95.74 increase for escrow.

8. If this is the case, then the Debtor's new payment should be $572.34, but not more than double of the final modified amount.

9. Undersigned counsel requests that Wells Fargo file an amended notice of mortgage payment change in the instant case that will reflect the final modification amount or requests the court to strike the Notice of Mortgage Payment Change.

WHEREFORE the Debtor respectfully requests that this Court grant this Motion and Order Wells Fargo to file an amended notice of mortgage payment change or in the alternative, strike the current Notice of Mortgage Payment Change and grant such further relief as this Court may deem just and equitable.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically via ECF to: Nancy N. Neidich, Trustee, and via CM/ECF and regular mail to : Wells Fargo Bank, N.A./Wells Fargo Home Mortgage, c/o Rebecca Gouge Early, VP Loan Documentation, MAC X7801-014 P: 800-274-7025, 3476 Stateview Blvd, Fort Mill, SC 29715, NoticeOfPaymentChangeInquiries@wellsfargo.com, Wells Fargo Bank, N.A., Attention: Bankruptcy Department, Mac# D3347-014, 3476 Stateview Blvd., Fort Mill, SC 29715, EMAIL: pocnotifications@wellsfargo.com and Matthew Schulis, Esq., Albertelli Law, PO Box 23028, Tampa, FL 33623, bkfl@albertellilaw.com on March 19, 2016.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 W 49th Street
Hialeah, FL 33013
Tel. (305) 687-8008

By:/s/Robert Sanchez_____
    Robert Sanchez, Esq., FBN#0442161

2