UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re: Jorge Augusto Ucan                      Case No. 15-21301-LMI
                                                                  Chapter 13
       Debtor               /

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the Objection to Objection to Notice of Mortgage Payment Change filed on March 10, 2016 by Wells Fargo Home Mortgage / Wells Fargo, N.A. and Notice of Hearing was sent via CM/ECF to Nancy Neidich, Trustee, and U.S. Mail on March 19, 2016 to the debtor and all parties on the service list below.

Wells Fargo Bank, N.A./Wells Fargo Home Mortgage, c/o Rebecca Gouge Early, VP Loan Documentation, MAC X7801-014 P: 800-274-7025, 3476 Stateview Blvd, Fort Mill, SC 29715, NoticeOfPaymentChangeInquiries@wellsfargo.com,

Wells Fargo Bank, N.A., Attention: Bankruptcy Department, Mac# D3347-014, 3476 Stateview Blvd., Fort Mill, SC 29715, EMAIL: pocnotifications@wellsfargo.com

Matthew Schulis, Esq., Albertelli Law, PO Box 23028, Tampa, FL 33623, bkfl@albertellilaw.com on March 19, 2016.

                                         Respectfully Submitted:

                                         **ROBERT SANCHEZ, P.A.**
                                         Attorney for Debtor
                                         355 West 49th Street
                                         Hialeah, FL 33012
                                         Tel. 305-687-8008

                                         By:/s/ Robert Sanchez_____
                                             Robert Sanchez, Esq., FBN#0442161

| | | |
|---|---|---|
| Barclays Bank Delaware<br>125 S West St<br>Wilmington, DE 19801 | Bk Of Amer<br>Po Box 982235<br>El Paso, TX 79998 | Bk Of Amer<br>1800 Tapo Canyon Rd<br>Simi Valley, CA 93063 |
| Bk Of Amer<br>1800 Tapo Canyon Rd<br>Simi Valley, CA 93063 | Bk Of Amer<br>1800 Tapo Canyon Rd<br>Simi Valley, CA 93063 | Carico International<br>2851 W Cypress Creek Rd<br>Fort Lauderdale, FL 33309 |
| Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117 | Cbna<br>Po Box 6283<br>Sioux Falls, SD 57117 | Chase<br>Po Box 24696<br>Columbus, OH 43224 |
| Chase Card<br>Po Box 15298<br>Wilmington, DE 19850 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850 | Credit Coll<br>Po Box 9134<br>Needham, MA 02494 |
| Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850 | Internal Revenue Service<br>P.O. BOX 7346<br>Philadelphia, PA 19101-7346 | LTD Financial Services, L.P.<br>7322 SW Freeway<br>Suite 1600<br>Houston, TX 77074 |
| Ocwen Loan Servicing L<br>12650 Ingenuity Dr<br>Orlando, FL 32826 | Ocwen Loan Servicing L<br>3451 Hammond Ave<br>Waterloo, IA 50702 | Specialized Loan Servi<br>8742 Lucent Blvd Ste 300<br>Highlands Ranch, CO 80129 |
| Specloansv<br>8742 Lucent Blvd.#300<br>Highlands Ranch, CO 80129 | Steven Kantor, CPA<br>c/o Frank Colonnelli Jr., Esq.<br>100 SW 2nd Street Fl 36<br>Miami, FL 33131-2134 | Syncb/Brandsmart<br>Po Box 965036<br>Orlando, FL 32896 |
| Syncb/Brandsmart<br>Po Box 965036<br>Orlando, FL 32896 | Syncb/Care Credit<br>C/O Po Box 965036<br>Orlando, FL 32896 | Syncb/City Furniture<br>C/O Po Box 965036<br>Orlando, FL 32896 |
| Syncb/Jcp<br>Po Box 965007<br>Orlando, FL 32896 | Syncb/Lowes<br>Po Box 965005<br>Orlando, FL 32896 | Wells Fargo Home mortgage<br>4101 Wiseman Blvd # Mc-T<br>San Antonio, TX 78251 |

```
Westland Park Townhomes          Westland Park Townhouse
Association                      Association, Inc
c/o Action General Services      c/o Action General Services
4445 West 16 Avenue #302         4445 West 16 Avenue #302
Hialeah, FL 33012                Hialeah, FL 33012
```