# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

IN RE:                                            CASE NO.: 15-21301-LMI

**JORGE AUGUSTO UCAN**                            CHAPTER: 13
*aka* **JORGE UCAN**
*aka* **JORGE A UCAN**
*aka* **JORGE AUGUST UCAN**

    **Debtor.**
_____/

## RESPONSE TO OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE

Creditor, **WELLS FARGO BANK, N.A.** ("Creditor"), by and through the undersigned counsel, hereby files this Response to the Debtor's Objection to Notice of Mortgage Payment Change **[DE 54; the "Objection"],** and in support, respectfully alleges the following:

1. Creditor is the mortgagee for a loan on property owned by Debtors, located at 5383 W 22nd Court, Hialeah, Florida 33016.

2. Creditor filed a timely Proof of Claim **[Claim No. 3-1]** on October 8, 2015, in the amount of $153, 980.64 in secured mortgage debt, and $12,730.93 as secured mortgage arrears.

3. Creditor and Debtor participated in the Court ordered mortgage modification mediation ("MMM") program, and the mediation was successful.

4. On March 10, 2016, Creditor filed a Notice of Mortgage Payment Change on the Claims Register, to reflect a change in escrow and providing a new monthly payment of $1,109.89.

5. On March 19, 2016, the Debtor filed the Objection to Notice of Payment Change [**DE 54**], stating that the Notice of Payment Change filed on March 10.2016 is in violation of the Order Granting the Debtor's Motion to Modify Mortgage.

6. On April 15, 2016, the Court entered an Order Granting the Debtor's Motion to Modify Mortgage [**DE 61**], that set the terms of the Debtor's modified loan going forward.

7. The Creditor is researching the assertions made by the Debtor and anticipates filing an updated Notice of Payment Change that conforms to the agreed upon Mortgage Modification.

8. A hearing on the Debtor's Objection is scheduled for May 3, 2016.

9. Creditor reserves the right to amend/supplement this Response in the future.

WHEREFORE, **WELLS FARGO BANK, N.A.** respectfully requests that this Court enter an Order denying Debtors' Objection to Notice of Mortgage Payment Change and awarding any and all other relief that this Court deems just and appropriate.

        Jeffrey Fraser, Esq.
        **Albertelli Law**
        Attorney for Secured Creditor
        PO Box 23028
        Tampa, FL 33623
        Telephone: (813) 221-4743
        Facsimile: (813) 221-9171
        bkfl@albertellilaw.com

        By: /s/ Jeffrey Fraser
        Jeffrey Fraser
        Florida Bar No.: 85894

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a true and correct copy of the foregoing was provided via electronic and/or regular U.S. Mail to the parties on the attached service list, this 20th day of April, 2016.

**SERVICE LIST**
Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Jorge Augusto Ucan
5383 W 22nd Court #201
Hialeah, FL 33016-7002

Nancy K. Neidich
POB 279806
Miramar, FL 33027

Office of the US Trustee
51 SW 1st Ave Suite 1204
Miami, FL 33130

 

Jeffrey Fraser, Esq.
**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743
Facsimile: (813) 221-9171
bkfl@albertellilaw.com

By: /s/ Jeffrey Fraser
Jeffrey Fraser
Florida Bar No.: 85894