# UNITED STATES BANKRUPTCY COURT
Southern    District of    FL

In re  Jorge Augusto Ucan

Debtor.

Case No.  15-21301

Chapter  13

## NOTICE OF WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE
### (CLAIM 3 )

Creditor, Wells Fargo Bank, NA., hereby withdraws its Notice of Mortgage Payment Change with respect to Claim No. 3 , filed in the above-entitled matter on  April 15, 2016  .

Dated:  May 5, 2016

Respectfully submitted,

/s/ Melissa Campanale

VP Loan Documentation
Wells Fargo Home Mortgage
1100 Corporate Center Dr.
Raleigh, NC 27607
NoticeOfPaymentChangeInquiries@wellsfargo.com

# UNITED STATES BANKRUPTCY COURT
Southern    District of    FL

In re:    Jorge Augusto Ucan

Chapter 13 No.: 15-21301

Judge: Laurel M IsicoffT

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on or before May 5, 2016    I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

By U.S. Postal Service First Class Mail Postage Prepaid:

Debtor:

Jorge Augusto Ucan
5383 W 22nd Court ;201
Hialeah, FL 33016-7002

Debtor's Attorney:

Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Trustee:

Nancy K. Neidich
www.ch13herkert.com
POB 279806
Miramar, FL 33027

/s/ Bill Taylor
_____
4 S Technologies, LLC
(as authorized agent for Wells Fargo Bank, N.A.)