UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In  re: Jorge Augusto Ucan                              Case No. 15-21301-LMI
                                                        Chapter 13

_____Debtor_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, by and through his undersigned counsel and files this

Motion to Modify Chapter 13 Plan and as grounds states as follows:

1.     On June 23, 2015 the instant case was filed.

2.     On September 4, 2015 debtor's First Amended Chapter 13 plan was

       confirmed and is currently traveling under a First Modified Plan.

3.     On July 18, 2016, Wells Fargo Bank, N.A. (herein "Creditor") filed a

       Notice of Mortgage Payment Change to its Proof of Claim #3 indicating

       an increase in escrow payments beginning October 1, 2016.

4.     The Debtor is making payments to the Creditor through the plan and the

       Creditor has modified the loan under this Court's MMM program.

5.     Debtor desires to modify his plan in order to provide for the increase in the

       escrow payments to the Creditor.


       **WHEREFORE**, undersigned counsel prays that this Honorable Court enter an

Order Granting and Approving debtors' Second Modified Plan.

       **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District

Court for the Southern District of Florida and I am in compliance with the additional

qualifications to practice in this Court as set forth in Local Rule 910(A).

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**

Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*_____
    Robert Sanchez, Esq., FBN#0442161